IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM J. WEBB, JR., | § | |
| | § | No. 419, 2024 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N24M-08-098 |
| BRIAN EMIG, WARDEN, STATE | § | |
| OF DELAWARE, | § | |
| | § | |
| Respondent, | § | |
| Appellee. | § | |

Submitted: October 11, 2024
Decided: October 29, 2024

## **ORDER**

On September 23, 2024, the appellant filed this appeal from a Superior Court order, dated and docketed on August 20, 2024, denying his petition for a writ of habeas corpus. A timely notice of appeal would have been filed by September 19, 2024.[1] On September 25, 2024, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file a timely notice of appeal. Postal records show that the notice to show cause was delivered on September 30, 2024. A timely response to the notice

---

[1] Supr. Ct. R. 6(a)(i) (requiring the filing of a civil appeal within thirty days upon entry of the docket of the order appealed).

to show cause was due by October 10, 2024.[2]  The appellant has not responded to the notice to show cause.  Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

---

[2] Supr. Ct. R. 29(b) (requiring a response to the notice to show cause within ten days of receipt of the notice).